No. 237, Misc. OKULCZYK *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 250, Misc. JONES *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 25. SUTPHEN ESTATES, INC. *v.* UNITED STATES ET AL., *ante*, p. 19. Rehearing denied. MR. JUSTICE JACKSON and MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 290. PHOTOCHART, A CORPORATION, ET AL. *v.* PHOTO PATROL, INC. ET AL., *ante*, p. 867;

No. 315. ALEUTIAN LIVESTOCK CO., INC. *v.* UNITED STATES, *ante*, p. 875; and

No. 336. GIESSLER *v.* UNITED STATES, *ante*, p. 878. Petitions for rehearing in these cases severally denied.

No. 390, October Term, 1948. PROPPER, RECEIVER, *v.* CLARK, ATTORNEY GENERAL, AS SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, 337 U. S. 472. The motion for leave to file a second petition for rehearing is denied. THE CHIEF JUSTICE and MR. JUSTICE CLARK took no part in the consideration or decision of this motion.

No. 526, October Term, 1947. UNITED STATES *v.* KRUSZEWSKI, 333 U. S. 880. Rehearing denied.

No. 152, Misc. BAYKEN *v.* MICHIGAN, *ante*, p. 862. Petition for rehearing denied for the reason that the application was not received within the time provided by Rule 33.

No. 165, Misc. SMITH ET AL. *v.* POLLIN ET AL., *ante*, p. 878. Rehearing denied.